# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3949

_____

| | | |
|---|---|---|
| Martin Lindstedt, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Western |
| Jasper County, MO; Joseph Schoeberl, | * | District of Missouri. |
| Judge; Bill Pierce, Sheriff; Gilbert, | * | |
| Deputy; Blaukert, Deputy/Bailiff; | * | [UNPUBLISHED] |
| Unknown Jasper County Deputies, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  February 1, 2000

Filed:  February 10, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Martin Lindstedt was detained for twelve hours in the Jasper County Jail by Deputy Sheriffs Jerry Gilbert and Kevin Blaukert in connection with a disturbance at the Jasper County courthouse.  Lindstedt filed a complaint against Gilbert, Blaukert, and Judge Joseph Schoeberl, claiming the detention violated his civil rights.  The district court granted immunity to each defendant and Lindstedt appeals pro se.  After a careful review of the record and the parties' briefs, we conclude arguable probable

cause existed to detain Lindstedt under Mo. Rev. Stat. § 67.315 (1994), Lindstedt's Fourth Amendment right not to be arrested without probable cause was not violated, and the district court properly granted summary judgment to all defendants. See Habiger v. City of Fargo, 80 F.3d 289, 295 (8th Cir. 1996). We also reject Lindstedt's claim that he was not allowed adequate discovery because he concedes in his brief that "[t]he facts concerning what happened are pretty well cut and dried, having been documented in a paper trail left by [Lindstedt] in his battle with [defendants] . . . ." See National Bank of Commerce v. Dow Chem. Co., 165 F.3d 602, 606 (8th Cir. 1999). We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.